IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TODD MCDANIEL**                                                                                       **PLAINTIFF**

vs.                                                        **CIVIL ACTION No.: 3:19-CV-254-HTW-LGI**

**HAZLEHURST CITY SCHOOL DISTRICT**                                              **DEFENDANT**

**FINAL JUDGMENT**

BEFORE THIS COURT is the matter of final judgment in the case of *Todd McDaniel v. Hazlehurst City School District*. This Court previously held a seven-day bench trial and thereafter issued a detailed Memorandum Opinion and Order concluding that the Defendant, Hazlehurst City School District ("HCSD"), violated Plaintiff Todd McDaniel's procedural due process rights under the Fourteenth Amendment to the United States Constitution.

Pursuant to its findings of fact and conclusions of law, and in accordance with Rule 58 of the Federal Rules of Civil Procedure, this Court hereby enters FINAL JUDGMENT as follows:

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Todd McDaniel and against Defendant Hazlehurst City School District.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff Todd McDaniel is awarded the following:

1. **Compensatory Damages**:
   - Lost Wages / Back Pay: $83,739.93
   - Emotional Distress: $10,000.00
   - Other Economic Damages (Savings, Benefits, etc.): $0.00
   - Punitive Damages: $0.00 (None awarded; motion to strike granted)

**Subtotal: $93,739.93**

2. **Attorneys' Fees and Costs**:

    o   Attorneys' Fees: $71,847.50

    o   Expenses and Advances: $3,603.81

**Subtotal: $75,451.31**

**TOTAL JUDGMENT AWARD: $169,191.24.**

Post-judgment interest shall accrue at the legal rate specified under 28 U.S.C. § 1961 from the date of entry of this Judgment until paid in full.

A separate Memorandum Opinion and Order accompanies this Final Judgment.

SO ORDERED AND ADJUDGED this the   5th   day of   September  , 2025.

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**